IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05 – 72 - UNA |
| CHEVEZ C. GALE, | : | REDACTED |
| Defendant. | : | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about July 23, 2005, in the State and District of Delaware, the defendant herein, CHEVEZ C. GALE, did knowingly possess with the intent to distribute mixtures and substances containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: July 26, 2005