IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAVEZ C. GALE,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:   Criminal Action No. 05-72-UNA<br>:<br>:<br>:<br>: |

### MOTION AND ORDER FOR BENCH WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, and hereby moves that the Court issue a Warrant for the Arrest of CHAVEZ C. GALE. This motion is based upon the Indictment lodged against the defendant on July 26, 2005, in the above-referenced case.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                        BY: _____
                                                Adam Safwat
                                                Assistant United States Attorney

Dated: July 26, 2005

                                                \* \* \*

**AND NOW,** to wit, this __26__ day of July, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant for the arrest of the defendant be issued.

                                                _____
                                                Honorable Mary Pat Thynge
                                                United States Magistrate Judge