IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | 05CR 72 JJF |
| | ) | |
| CHEVEZ GALE | ) | |

### ENTRY OF APPEARANCE

TO:    Adam Safwat, Assistant US Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

PLEASE TAKE NOTICE that that Natalie S. Woloshin, Esquire, hereby enters her appearance as counsel for the defendant, Chevez Gale in the above-captioned matter.

_____
Natalie S. Woloshin, Esquire
Woloshin, Lynch, Natalie and Gagne, P.A.
3200 Concord Pike
P.O. Box 7329
Wilmington, DE 19803
Attorney for Defendant

DATED: August 8, 2005

IN THE DISTRICT COURT OF THE UNITED STATES

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| V. | ) |
| | ) |
| CHEVEZ GALE | ) |

## CERTIFICATE OF SERVICE

I, Natalie S. Woloshin hereby certify that on this 8th day of August, 2005, two (2) copies of the foregoing Entry of Appearance, in United States v. Chevez Gale were mailed to:

Adam Safwat, Assistant US Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

_____
Natalie S. Woloshin
Woloshin, Lynch, Natalie and Gagne, P.A.
3200 Concord Pike
P.O. Box 7329
Wilmington, DE 19803
Attorney for Defendant