IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| | : Criminal Action No. 05-72-JJF |
| v. | : |
| CHAVEZ C. GALE, | : |
| Defendant. | : |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND THE WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said Chavez C. Gale who is now detained and imprisoned in the Howard R. Young Correctional Institution and who is a defendant in the above-entitled cause, in which cause the said Chavez C. Gale is scheduled for his initial appearance in the United States District Court for the District of Delaware on **Thursday, August 18, 2005.** Mr. Gale will then be returned to the custody of the United States Marshal for the District of Delaware upon completion of the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Joseph J. Farnan, Jr., U.S. District Court Judge of the District Court of the United States for the District of Delaware, this 11 day of August, 2005.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk

CERTIFIED: 8/11/05
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk