# WOLOSHIN LYNCH NATALIE & GAGNE, P.A.
### Attorneys & Counsellors at Law



Serving Residents of Delaware
Since 1965

3200 Concord Pike
PO Box 7329
Wilmington, DE 19803
(302) 477-3200
Fax (302) 477-3210

22 West Main Street
Middletown, DE 19709
(302) 449-2606
Fax (302) 449-2608

Melvyn A. Woloshin ◊
F. Edmund Lynch †
James A. Natalie, Jr. ∘
David C. Gagne
William L. O'Day, Jr. *
Natalie Woloshin ◊
James A. Landon ▲

DE & CO Bars ◊
DE & VA Bars †
DE, CT & VA Bars ∘
DE & PA Bars *
DE & NJ Bars ▲

August 19, 2005

Writer's Telephone Number:
(302) 477-3200 ext. 15
e-mail: nwoloshin@wlnglaw.com
Reply to: Wilmington Office

Magistrate Judge Mary Pat Thynge
United States District Court
District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

      Re:   <u>United States v. Chevez Gale</u>
              <u>Criminal Complaint No. 05-72-JJF</u>

Dear Magistrate Thynge:

    On August 18, 2005, Chevez Gale was before Your Honor for an initial appearance. At that time, Your Honor scheduled the detention hearing for August 25, 2005 at 11:30 AM. I have spoken with Mr. Gale and he is waiving the detention hearing. I contacted Mr. Safwat by telephone and made him aware of the waiver.

    Thank you for your attention to this matter.

Sincerely yours,

/s/ Natalie S. Woloshin

cc:    Adam Safwat, Assistant United States Attorney
        Chevez Gale