IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-72 JJF |
| CHEVEZ GALE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court has a received a Memorandum of Plea Agreement in the above-captioned case (D.I. 12);

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that

1. A Rule 11 hearing will be held on **Monday, October 31, 2005, at 12:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

2. The time between the date of this Order and October 31, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

October 21, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE