IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-72 JJF |
| CHEVEZ C. GALE, | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Wednesday, February 8, 2006, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

November 1, 2005
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE