IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-72 JJF |
| CHEVEZ C. GALE, | : |
| Defendant. | : |

### O R D E R

At Wilmington this ___1___ day of February, 2006,

IT IS HEREBY ORDERED that sentencing of the above Defendant is rescheduled from Wednesday, February 8, 2006, at 11:00 a.m. to **Thursday, February 9, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

UNITED STATES DISTRICT JUDGE