AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

CHEVEZ C. GALE

**WARRANT FOR ARREST**

Case Number: CR 05-72-~~UNA~~ JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **CHEVEZ C. GALE**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court    Violation    Probation Violation Petition

charging him or her     (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE HEROIN

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of     21     United States Code, Section(s)     841(a)(1) and (b)(1)(C)

| Peter T. Dalleo | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| BY: [signature]; Deputy Clerk | 7/27/2005 in Wilmington, DE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Chevez Gale

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-27-05 | William David Dyson | William Dyson |
| DATE OF ARREST | | |
| 8-18-05 | | |