RECEIVED
MAY 17 2006

22

To: Your Honorable Joseph J. Farnan, U.S. District Court Judge
Fr: Chevez Gale    SBI 337184    Location H.R.Y.C.I.
Date: May 15, 2006
RE: Appeal of Sentencing. Case Number 1:05CR00072-001

Dear Judge Farnan,

    I write this letter in reference to the conversation we had during my sentencing hearing on 2-9-06.

    During the hearing you told me that I have the right to appeal my sentencing and to write you if I needed council to represent me.

    As of this moment I can not afford council and I respectfully ask you to assist me with council to represent me in this matter.

    Very truly yours

    Sincerely,
    Chevez Gale