Cheve Bile
SBI # 337161
HRCI
P.O. Box 9561
Wilmington, DE
19809

Joseph J. Farnan
U.S. District Court Judge
U.S. District Court
District of Delaware
J. Caleb Boggs Federal BLDG
844 King Street
Wilmington, DE 19801

WILMINGTON DE 197
16 MAY 2006 PM 3 T

19801+3313

R.M.S.
X-RAY

FIRST-CLASS
USA