## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 16, 2006

Chevez C. Gale
SBI # 337181
Howard R. Young Correctional Institution
P. O. Box 9279
Wilmington, DE  19809

      RE:    United States v. Chevez Gale
                Criminal Action No. 05-072-1 JJF

Dear Mr. Gale:

    The Court has received your letter dated November 1, 2006 and has forwarded your letter to the United States Probation office for consideration.

                                          Sincerely,

                                          JOSEPH J. FARNAN, JR.

dlk

cc:   United States Probation Office
        District of Delaware  (enc.)
        Clerk, U.S. District Court



FILED
NOV 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE