UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 11, 2007
CCO-94

No. 06-2765

United States of America
vs.
Chevez v. Gale, Appellant
(District of Delaware Criminal No. 05-cr-00072-1)

**PRESENT:** RENDELL, SMITH and JORDAN, Circuit Judges.

1. Clerk's submission for possible dismissal.

2. Response by Appellee to the Clerk's letter regarding possible dismissal.

/s/ Carmella L. Wells, tyw
Carmella L. Wells 267-299-4928
Case Manager

**O R D E R**

**The foregoing** notice of appeal was not timely filed in accordance with Fed. R. App. P. 4(b). Accordingly, the appeal is dismissed.

By the Court,

/s/ D. Brooks Smith
**Circuit Judge**

A True Copy:

Marcia M. Waldron, Clerk

**Dated:** April 18, 2007
tyw/clw/cc: Mr. Chevez C. Gale
Leonard P. Stark, Esq.