To: Honorable Judge Joseph J. Farnan, Jr.
Fr: Chevez Gale # 05028-015  F.C.I. Loretto.
Date: 4-10-07
RE: (1:05CR00072-001) 500 hr Drug Rehabilitation Program

Dear Your Honor,

I write this letter in reference to the 500 hr Drug Rehabilitation Program and request Your Honor to impose an order of judgement that I participate in this program while incarcerated in the Bureau of Prisons. I was sentenced before Your Honor on 2-9-06 to serve an 60 month sentence for an drug offense. I also have prior drug offense and drug abuse issues that need to be comfronted accordingly.

I trully admit that I have substance abuse problem and that this program and it criteria can assist me.

I've currently served 21 months of the 60 month sentence and according to the Bureau of Prisons regulations an individual has to be 36 months from their release to qualify for the 500 hour Drug Rehabilitation Program. With the Good Conduct Time I'm currently under 36 months and I'm certain I need treatment.

Therefore I ask your Honor to please add to my judgement of sentence that I complete this program before I'm released.
Please Respond

Respectfully,
Chevez Gale