# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

April 24, 2007

Mr. John Selvaggi
Deputy Chief, U.S. Probation Officer
U.S. Probation Office
824 Market Street
4th Floor
Wilmington, DE 19801

    RE: USA v. Chevez Gale, 05-CR-72(JJF)

Dear Mr. Selvaggi:

    We are forwarding for your review the enclosed letter received on April 12, 2007 from Chevez Gale.

Sincerely,

Deborah L. Krett
Case Manager to the
Honorable Joseph J. Farnan, Jr.

cc:  David Weiss, Esq.
      Natalie Woloshin, Esq.
      Clerk, U. S. District Court



FILED
APR 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE